# EXHIBIT B

| A system supporting the communications of video and data to hand held wireless devices located throughout a public venue, | For example, the Extreme Access Points allow handheld wireless devices to receive video and data at a public Venue. |
|---|---|



https://www.youtube.com/watch?v=LI24ZtUKnyA

comprising more than one self-contained pod including wireless communications electronics and an integrated antennae operating as a wireless access point deployed as a matrix of communications nodes throughout the public venue to provide enhanced wireless communications capacity throughout the sports and entertainment venue and

For example, Extreme uses 450 (Aps) Access Points throughout the arena, that transmit WIFI to handheld wireless devices at a public Venue.



https://www.youtube.com/watch?v=LI24ZtUKnyA

to support bi-directional communication of the hand held wireless communication device used by spectators located throughout the sports and entertainment venue and

For example, spectators can upload videos and pictures with their handheld devices, supported with Extreme bi-directional communication.

### Guest Assistance

Once inside, access to stadium information can become available – a necessity as stadiums take a leap into becoming massive centers of entertainment. These apps can make it easy to navigate the labyrinthine corridors and stairways of the stadium allowing fans maps to concessions, restrooms, or even waypoint directions to the fan's seat. Some venues are even experimenting mobile concessions, experiences in the Pro Shop or even educational activities in stadium museums leveraging technologies like augmented reality and location-based services.

### Exclusive Video

While at their seats, these applications can provide fans on-demand replays and unique camera angles so they can have control of the action and watch one-handed catches in slow motion or double-check a referee on a critical play. All of it is delivered over the network in seamless, high-definition video.

### Sports Betting

As sports betting becomes more normalized, it only makes sense that fans will want to access these services that add a new dimension to their enjoyment while they are at the game. With a wide variety of games to play and wagers that could be made, daily fantasy operators and sports books connections to fans will only grow and become more commonplace.

https://www.extremenetworks.com/extreme-networks-blog/how-the-nfl-and-extreme-networks-advance-the-fan-experience/

**provide data including video from at least one server accessed over a data network through said at least one contained in a self-contained pod by said hand held wireless devices located throughout the public venue.**

For example, providing data including video from at least one server accessed over a data network by the hand held device

**Exclusive Video**

While at their seats, these applications can provide fans on-demand replays and unique camera angles so they can have control of the action and watch one-handed catches in slow motion or double-check a referee on a critical play. All of it is delivered over the network in seamless, high-definition video.

https://www.extremenetworks.com/extreme-networks-blog/how-the-nfl-and-extreme-networks-advance-the-fan-experience/