# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| ARENA IP, LLC, | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 3:23-cv-00238-S |
| v. | ) |
| | ) |
| EXTREME NETWORKS, | ) JURY TRIAL DEMANDED |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule 41 (a)(1)(A)(i), the Plaintiff, Arena IP, LLC, files this notice of voluntary dismissal of this action for all of Plaintiff's claims as defendant has not answered or filed a motion for summary judgment. The dismissal of Plaintiff's claims shall be WITHOUT PREJUDICE as to the asserted patent. Each party shall bear its own costs, expenses and attorneys' fees.

Dated: May 11, 2023

Respectfully submitted,

*/s/ William P. Ramey, III*
William P. Ramey, III
Texas Bar No. 24027643
**Ramey LLP**
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923
wramey@rameyfirm.com

*Attorneys for Arena IP, LLC*

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that May 11, 2023, the foregoing document was served on all counsel of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ William P. Ramey, III*
William P. Ramey, III